```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

JOHN BOYLE,

                                                    CIVIL CASE NO. 04-40143

              Plaintiff,

v.                                    HONORABLE PAUL V. GADOLA
                                         U.S. DISTRICT JUDGE

COMMISSIONER OF
SOCIAL SECURITY,

              Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

    Before the Court are the parties' cross motions for summary judgment and the Report and Recommendation of the Honorable R. Steven D. Pepe, United States Magistrate Judge. The Magistrate Judge recommends that this Court deny Plaintiff's motion for summary judgment, and grant Defendant Commissioner's motion for summary judgment. The Magistrate Judge filed the report and recommendation on March 29, 2005 and notified all the parties that any objections must be filed within ten days of service. Neither party has filed objections to the report and recommendation.

    The Court's standard of review for a Magistrate Judge's report and recommendation depends upon whether a party files objections. If a party does not object to the report and recommendation, the Court does not need to conduct a review by any standard. See Lardie v. Birkett, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002)

(Gadola, J.). As the Supreme Court observed, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." Thomas v. Arn, 474 U.S. 140, 150 (1985). Since neither party has filed objections to the report and recommendation, the Court need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the report and recommendation [docket entry 19] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment [docket entry 13] is **DENIED.**

**IT IS FURTHER ORDERED** that the Defendant Commissioner's motion for summary judgment [docket entry 17] is **GRANTED.**

**SO ORDERED.**

Dated:   May 4, 2005                    s/Paul V. Gadola
                                        HONORABLE PAUL V. GADOLA
                                        UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that on   May 5, 2005  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
          Janet L. Parker; Mikel E. Lupisella                            , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:                                                              .

s/Ruth A. Brissaud
Ruth A. Brissaud, Case Manager
(810) 341-7845